United States District Court
Southern District of Texas
FILED

AUG 1 3 2013

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| vs | § | CRIMINAL NO. B-13-629 |
| SONIA LETICIA SOLIS | § | |

UNSEALED 8-21-13

### INDICTMENT

THE GRAND JURY CHARGES:

Between on or about May 29, 2012 and July 31, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**SONIA LETICIA SOLIS,**

voted more than once; that is, the absentee ballots of Samuel Pedraza, Francisco Pedraza, Cynthia Pedraza, Dannie Vargas and Issic Guerra in the July 31, 2012, primary runoff election, which was held in part for the purpose of selecting candidates for the office of the United States House of Representatives.

In violation of Title 42, United States Code, Section 1973i(e).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
William Hagen
Assistant United States Attorney